**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **NFC TECHNOLOGY, LLC,**<br><br>       **Plaintiff,**<br><br>   v.<br><br>**SAMSUNG ELECTRONICS CO., LTD., ET AL.,**<br><br>       **Defendants.** | **Civil Action No. 2:15-CV-00283-JRG-RSP**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF NFC TECHNOLOGY LLC'S
<u>NOTICE OF RELATED PROCEEDINGS</u>**

Pursuant to the Court's May 28, 2015 Standing Order Requiring Notice of Relevant Determinations From Related Proceedings, Plaintiff NFC Technology, LLC gives notice of the current status of *inter partes* review ("IPR") proceedings affecting two of the four patents asserted in the above cause of action:

| Asserted Patent | IPR Number | Status as of February 5, 2016 |
|---|---|---|
| 6,700,551 | IPR2014-01198 | Final Written Decision dated February 3, 2016, finding asserted claims 1-3 and 5 unpatentable.  Ex. A. |
| 7,665,664 | IPR2014-01199 | Final Written Decision dated February 3, 2016, finding asserted claims 13 and 29 unpatentable.  Ex. B. Asserted claims 1-3, 7, 8, 14, 15, 19-22, 27, and 30 were not subject to *inter partes* review. |

There are no other pending reexamination, reissue, or IPR proceedings involving any of the four asserted patents.

1

Dated:  February 6, 2016

Respectfully submitted,

*/s/ Trey Yarbrough*
Trey Yarbrough (Bar No. 22133500)
trey@yw-lawfirm.com
Dallas W. Tharpe (Bar No. 24052036)
dallas@yw-lawfirm.com
YARBROUGH WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
(903) 595-3111
Fax: (903) 595-0191

Frank DeCosta (*pro hac vice*)
frank.decosta@finnegan.com
Yanbin Xu (*pro hac vice*)
yanbin.xu@finnegan.com
Guang-Yu Zhu (*pro hac vice*)
guang-yu.zhu@finnegan.com
FINNEGAN, HENDERSON, FARABOW
GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
(202) 408-4000
Fax: (202) 408-4400

John Mulcahy (VA Bar No. 71305)
(Eastern District of Texas Member)
john.mulcahy@finnegan.com
Daniel Tucker (*pro hac vice*)
daniel.tucker@finnegan.com
Joseph Schaffner (*pro hac vice*)
jospeh.schaffner@finnegan.com
FINNEGAN, HENDERSON, FARABOW
GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
(571) 203-2700
Fax: (202) 408-4400

ATTORNEYS FOR PLAINTIFF
NFC TECHNOLOGY, LLC

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 6, 2016. All other counsel not deemed to have consented to service in such manner will be served via facsimile transmission and/or first class mail.

*/s/ Trey Yarbrough*
Trey Yarbrough