# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NFC TECHNOLOGY, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., ET AL.,<br><br>    Defendants. | Civil Action No. 2:15-CV-00283-JRG-RSP |

## ORDER OF DISMISSAL WITH PREJUDICE
## PURSUANT TO RULE 41(a)(1)(A)(ii)

Having reviewed the stipulation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) by Plaintiff NFC Technology, LLC and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc., IT IS SO ORDERED that:

1. All claims and counterclaims asserted in the above captioned matter are dismissed with prejudice pursuant to the terms of the parties' separate confidential Settlement Agreement, with each party to bear its own costs, expenses, and attorneys' fees incurred in this entire action;

2. The United States District Court for the Eastern District of Texas shall retain jurisdiction over this matter to resolve any claims arising out of or related to the Parties' Settlement Agreement; and

3. This is a final and non-appealable judgment.

**SIGNED this 10th day of June, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE