

**République et canton de Genève**
**POUVOIR JUDICIAIRE**
Tribunal civil

Genève, le 12 août 2016

CR/18/2016 2 VEH XCR

Tribunal de première instance
Place du Bourg-de-Four 1
Case postale 3736
CH - 1211 GENEVE 3

R P371 63792 0 CH
LA POSTE
Please scan - Signature required
Veuillez scanner - Remise contre signature

A-PRIORITY
Avis de réception

DISTRICT COURT FOR EASTERN
DISTRICT OF TEXAS
Sam B.Hall Jr. Federal Building
100 East Houston Street Room 125
75670 Texas
ETATS-UNIS

Réf : **CR/18/2016** 2 VEH XCR
**CR/19/2016** 2 VEH XCR
à rappeler lors de toute communication

Vos réf. : 15-cv-00283-JRG-RSP

Monsieur le Juge,

En reprenant les dossiers susmentionnés, nous constatons que vous n'avez pas donné suite à notre courrier du 6 mai 2016, par lequel nous vous demandions si vos demandes sont maintenues ou retirées.

Sans nouvelles de votre part d'ici au **vendredi 30 septembre 2016**, nous nous trouverons dans l'obligation de classer la procédure.

Nous vous prions de croire, Monsieur le Juge, à l'assurance de notre parfaite considération.

Agnès RACIBORSKA
Greffière



**République et canton de Genève**
**POUVOIR JUDICIAIRE**
Tribunal civil

Genève, le 6 mai 2016

**COPIE**

CR/18/2016 2 VEH XCR

Tribunal de première instance
Place du Bourg-de-Four 1
Case postale 3736
CH - 1211 GENEVE 3

R ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
R P371 62343 5 CH
LA POSTE
Please scan - Signature required
Veuillez scanner - Remise contre signature

A-PRIORITY
Avis de réception

DISTRICT COURT FOR EASTERN
DISTRICT OF TEXAS
Sam B. Hall Jr. Federal Building
100 East Houston Street Room 125
75670 Texas
ETATS-UNIS

Réf : **CR/18/2016** 2 VEH XCR
à rappeler lors de toute communication

Vos réf. : 15-cv-00283-JRG-RSP

Monsieur le Juge,

Nous vous prions de trouver en annexe à la présente les documents reçus de l'Organisation Internationale de normalisation.

Nous faisons référence au courrier de Me KOBEL du 28 avril 2016, ci-joint, et vous remercions de bien vouloir nous indiquer si les demandes d'entraide à l'égard de ISO (CR/18/2016) et de ECMA (CR/19/2016) sont maintenues ou retirées.

Dans l'attente de vous lire, nous vous prions de croire, Monsieur le Juge, à l'expression de nos sentiments distingués.

Agnès RACIBORSKA
Greffière

Annexes : ment.